## Commonwealth, Appellant, *v.* Santiago.

Argued September 16, 1971. *James D. Crawford,* Deputy District Attorney, with him *Peter S. Greenberg* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Robert L. Katzenstein,* with him *Weinstein & Bobrin,* for appellee.

Order affirmed.

WRIGHT, P. J., and WATKINS, J., dissent.

## Commonwealth *v.* Santiago et al., Appellants.

Argued September 16, 1971. *David Weinstein,* with him *Weinstein & Bobrin,* for appellants; *Milton M. Stein,* Assistant District Attorney, with him *Steven R. Geroff,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Opinion Per Curiam: Judgments of sentence affirmed, and the defendants are directed to appear in the court below at such time as they may be there called, and that they be by that court committed until they have complied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas.